```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 05813
   JAMES HAWTHORNE
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2694


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 04/02/2007 and was not confirmed.

   The case was dismissed without confirmation 11/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG       .00           .00              .00
OCWEN FEDERAL BANK         NOTICE ONLY    NOT FILED          .00              .00
INTERNAL REVENUE SERVICE   PRIORITY        38130.09          .00              .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED          .00              .00
ILLINOIS DEPT OF REVENUE   FILED LATE        622.90          .00              .00
CAPITAL ONE                UNSECURED        1155.27          .00              .00
INTERNAL REVENUE SERVICE   UNSECURED       25417.90          .00              .00
OCWEN FEDERAL BANK         MORTGAGE ARRE   60000.00          .00              .00
ILLINOIS DEPT OF REV       FILED LATE       5839.36          .00              .00
STEVEN O HAMILL            REIMBURSEMENT     274.00          .00           274.00
STEVEN O HAMILL            DEBTOR ATTY     3,000.00                      3,000.00
TOM VAUGHN                 TRUSTEE                                         223.88
DEBTOR REFUND              REFUND                                        6,512.12

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              10,010.00

PRIORITY                                          274.00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  3,000.00
TRUSTEE COMPENSATION                              223.88
DEBTOR REFUND                                   6,512.12
                    ---------------         ---------------
TOTALS               10,010.00                 10,010.00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 05813 JAMES HAWTHORNE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 02/27/08                    /s/ Tom Vaughn
                                              _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE